UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-cv-00971-SPC-NPM

REBECCA LACY,

     Plaintiff,

v.

AMERICAN STRATEGIC
INSURANCE CORP.,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.09

Plaintiff, REBECCA LACY, by and through the undersigned counsel, hereby files this Notice of Settlement Pursuant to Local Rule 3.09 and advises the Court that the parties to the above-captioned matter have reached a settlement. The parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF and served via electronic transmittal to **John Unzicker, Esquire,**

1

NIELSEN & TREAS, LLC, junzicker@nt-lawfirm.com, *Counsel for Defendant*, on

this 5th day of November, 2024.

By:    **MERLIN LAW GROUP, P.A.**

*/s/ Ashley N. Harris*
WILLIAM C. HARRIS, ESQUIRE
Florida Bar No.: 0069023
ASHLEY N. HARRIS, ESQUIRE
Florida Bar No.: 105576
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Tel.:  (813) 229-1000
Fax:  (813) 229-3692
charris@merlinlawgroup.com
aharris@merlinlawgroup.com
harrispleadings@merlinlawgroup.com
*Counsel for Plaintiff*

2